IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PEDRO SUST, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| CAROLYN COLVIN, Commissioner of Social Security Administration, | : | No. 13-CV-2630 |
| Defendant. | : | |

FILED
JUN 1 5 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

AND NOW this 12th day of June, 2015, upon consideration of the Report and Recommendation of Magistrate Judge Richard A. Lloret, and upon careful and independent consideration of the Plaintiff's claims and the Defendant's response it is ORDERED that:

1. The Report and Recommendation of Magistrate Judge Richard A. Lloret is APPROVED and ADOPTED.

2. The Plaintiff's request for judicial review is GRANTED and the matter is REMANDED for further proceedings consistent with the Report and Recommendation.

SO ORDERED.

_____
HON. R. BARCLAY SURRICK
U.S. District Court Judge